
FILED
GREAT FALLS DIV.
2011 AUG 29 PM 1 06
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| LEVI ALEXANDER,<br><br>                       Plaintiff,<br><br>vs.<br><br>MISSOULA PRERELEASE,<br><br>                      Defendant. | No. CV 11-32-GF-SEH<br><br>**ORDER** |

On August 3, 2011, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 7.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Complaint[2] is DISMISSED with prejudice for failure to state a claim.

2. The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3. A certificate of appealability is DENIED. Any appeal from this disposition will not be taken in good faith due to the frivolous nature of the issues raised.

The Clerk is directed to enter judgment accordingly.

DATED this 29th day of August, 2011.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.